AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

**3/27/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

**3/27/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ cld _____ DEPUTY

United States of America
Plaintiff
v.

SERGIO RUIZ LOPEZ,
Defendant

Case No.   2:25-MJ-01818-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Marco Perera, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of July 25, 2024, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/*
*Complainant's signature*

Marco Perera, Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   March 27, 2025

_____
*Judge's signature*

City and state:  Los Angeles, California

Hon. Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*

AUSA:  Elizabeth Bisland (x10319)

### AFFIDAVIT

I, MARCO PERERA, being duly sworn, declare and state as follows:

### I.    PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant against SERGIO RUIZ LOPEZ ("RUIZ LOPEZ" or "defendant"), charging him with violating Title 8, United States Code, Sections 1326(a), (b)(2), Illegal Alien Found in the United States Following Deportation.

2.    The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER PERERA

3.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since May 2016.  I am currently assigned to the Los Angeles Enforcement and Removal Operations field office.  Before I became an ICE DO, I was employed by the United States Border Patrol since March 2008.  I have experience reviewing

immigration files, deportation and removal proceedings, and executed final orders of removal, among other immigration related documents, process, and proceedings.

### III. STATEMENT OF PROBABLE CAUSE

4.    On or about July 25, 2024, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that RUIZ LOPEZ was in the custody of Pomona Police Department ("PPD").  On or about that day, the PERC lodged a DHS Immigration Detainer with the PPD.  RUIZ LOPEZ is not currently in custody with PPD.

5.    Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about March 19, 2025, I obtained and reviewed DHS A-File A 206 401 186 the "DHS A-File", which is maintained for the subject alien "SERGIO RUIZ LOPEZ."  The DHS A-File contained the following documents and information:

a.    One executed Warrant of Removal/Deportation Form I-205 indicating that RUIZ LOPEZ was officially removed from the United States on or about December 7, 2023.  I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS)  and

2

usually contains the subject's photograph, signature, and fingerprint.  The executed Warrant of Removal/Deportation in RUIZ LOPEZ's DHS A-File contained his photograph, signature, and fingerprint.

b.    A certified conviction record showing that RUIZ LOPEZ was convicted on or about September 9, 2020, for burglary in the second degree, in violation of California Penal Code § 459, in the Superior Court of California, County of San Bernardino, case number FWV20001102, for which RUIZ LOPEZ was sentenced to 16 months in jail.

c.    Various documents, in addition to the Warrant of Removal/Deportation, indicating that RUIZ LOPEZ is a native and citizen of Mexico.  These documents included an Order of the Immigration Judge, dated August 22, 2018, ordering RUIZ LOPEZ removed to Mexico.

7. On or about March 19, 2025, I reviewed the printouts of the Criminal Identification Index ("CII").  Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number.  The CII printouts further confirmed that RUIZ LOPEZ had been convicted of the crime reflected on the documents contained in RUIZ LOPEZ's DHS A-File.

8. On or about March 19, 2025, I reviewed the printouts of ICE computer indices on RUIZ LOPEZ.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the

3

United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that RUIZ LOPEZ had been removed, deported, and/or excluded on the dates indicated on the Warrant of Removal/Deportations, found in RUIZ LOPEZ's DHS A-File. The ICE computer indices further indicated that RUIZ LOPEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

9. Based on my review of RUIZ LOPEZ's DHS A-File, I determined that it does not contain any record of RUIZ LOPEZ ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in RUIZ LOPEZ's DHS A-File.

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that RUIZ LOPEZ has committed a violation of Title 8, United States Code, Sections 1326(a), (b)(2), Illegal Alien Found in the United States Following Deportation.

4

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 27th th day of March 2025.

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

5